152 So. 57

## Armnis CRUMBLEY v. STATE.

### 6 Div. 497.

Supreme Court of Alabama.

Jan. 11, 1934.

Griffith & Griffith and St. John & St. John, all of Cullman, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, Justice.

Petition of Armnis Crumbley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Crumbley v. State, 152 So. 55.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.